**FILED**
APR 2 0 2016
DAVID CREWS, CLERK
BY _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 1:16-CR-041

MICHAEL HAROLD PETTIS   18 U.S.C. § 111(a)(1)

## INDICTMENT

The Grand Jury Charges that:

### COUNT ONE

On or about March 15, 2016, in the Northern District of Mississippi, MICHAEL HAROLD PETTIS, defendant, did knowingly and intentionally intimidate and interfere with one or more persons designated in 18 U.S.C. § 1114, that is, an officer or employee of the United States or any agency thereof, to wit, employees of the U.S. Department of Veteran Affairs Community Based Outpatient Clinic in Tupelo, Mississippi, while said persons were engaged in the performance of their official duties, all in violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL

_Felicia C. Cade_
UNITED STATES ATTORNEY

/s/ Signature Redacted
FOREPERSON